# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

USAA LIFE INSURANCE COMPANY,

    Plaintiff,

vs.                                          CASE NO.: 3:08cv139/MCR/EMT

BRANDON KENNEDY, individually, and
CAMERON WIGINGTON, individually
and in her capacity as Power of Attorney
for Brandon Kennedy,

    Defendants.
_____/

## O R D E R

    This matter is before the court upon the Status Report filed by Defendant Cameron Wigington. (Doc. 24). Defendant Wigington reports that the criminal case pending against Defendant Brandon Kennedy in Okaloosa County, Florida, is scheduled to proceed to trial on May 26, 2009. Accordingly, the court shall continue the stay of this action for a period of 90 days. Defendant Wigington shall file a supplemental status report upon the expiration of this 90-day period or upon the completion of the criminal trial of Brandon Kennedy, whichever shall first occur.

    **SO ORDERED** this 16th day of April, 2009.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**